United States Attorney
Southern District of New York

HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

86 Chambers Street
New York, New York 10007

March 19, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

By Hand

Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

      Re:   <u>Yolanda Matos for D.I.C. v. Barnhart</u>
            07 Civ. 3566 (HB)

Dear Judge Baer:

      This Office represents the Commissioner of Social Security, defendant in the above-captioned action. I am writing respectfully to inform the Court of the status of this case and to ask for an extension of time to submit the fully briefed motion so that plaintiff <u>pro se</u> can respond to defendant's motion for judgment on the pleadings.

      On November 9, 2007, this Office served defendant's motion in support of judgment on the pleadings. The papers were then filed on November 13, 2007. By Order dated December 18, 2007, the Court granted plaintiff until January 16, 2008, to file her opposition. Because we did not receive any papers from plaintiff, on March 12, 2008, we contacted her by telephone. At this time, she indicated that she needed two weeks, until March 26, 2008, to file her papers. Defendant consents to her request for additional time to file her papers.

Thank you for your consideration of this request.

                          Respectfully,

                          MICHAEL J. GARCIA
                          United States Attorney

BY:    _____
         LESLIE A. RAMIREZ-FISHER
         Assistant U.S. Attorney
         Telephone: (212) 637-0378
         Fax: (212) 637-2750

cc: Yolanda Matos (By Regular Mail)

*[Handwritten notation]: I presume you anticipate no reply + the motions is OK w me. March 26 date or feels [illegible]*

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.

Date: March 24/08

2

Endorsement:

   I presume you anticipate no reply and the March 26 date for fully briefed motions is OK with me.