USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

**United States Attorney**
*Southern District of New York*

86 Chambers Street
New York, New York 10007

RECEIVED
APR 03 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

April 2, 2008

By Hand

Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

    Re: <u>Yolanda Matos for D.I.C. v. Barnhart</u>
        07 Civ. 3566 (HB)

Dear Judge Baer:

    This Office represents the Commissioner of Social Security, defendant in the above-captioned action. Please find enclosed a courtesy copy of defendant's motion for judgment on the pleadings. This Office has not received a copy of the plaintiff's papers which were due on March 26, 2008.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Yolanda Matos (By Regular Mail)

[Handwritten annotation by Judge Baer, dated 4/7/08:]
There have been numerous adjournments in this matter — so many that I may have conjured that I may have conjured that. I can't tell if the lawyer has a lawyer and even if she does that the lawyer received the motion for judgment. Anyway, I now want to send by any event [send me the answer to] OC (send certified mail) to be sure you know what happens. Answer by April 3 and let me know w/o fail. I certify the case shall/will be dismissed. Certified mail. RRR

SO ORDERED
Harold Baer
USDJ

Endorsement:

    There have been numerous adjournments in this matter so many that I may have confused the plaintiff.  In any event I can't tell if plaintiff has a lawyer and if she does that the lawyers received the memo, etc. in support of the motion for judgment on the pleadings etc., etc.  In any event let's try one more time to find out the story according to plaintiff send her another copy of the papers and be sure you explain (send me a copy) that without an answer by April 22, 2008 the matter will be dismissed and let me know what happens and send it certified mail return receipt requested.